1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

ELLA SOBEL et al., v. CITY OF NEW YORK et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant, W. J. Fitzgerald Paving Co., Inc., procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM HERNANDEZ.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of Bronx County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

ELEANOR M. WINKELMAN v. BERNARD WINKELMAN.— Motion granted insofar as to dispense with the printing in the record on appeal of the defendant's income tax returns for the years 1950 to 1957 inclusive and the petition, answer and stenographic minutes in the habeas corpus proceeding, on condition that the originals of said exhibits are filed with this court and one photostatic copy of the income tax returns are served upon the attorney for the respondent at the time of the filing of the printed record on appeal, and upon the further condition that the appellant procures the printed record on appeal and the appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

CONCETTA R. ALESI v. CITY OF NEW YORK et al.— Motion to dismiss appeals granted, with $10 costs, unless the plaintiff-respondent-appellant, Concetta Russo Alesi, and defendant-respondent-appellant, the City of New York, serve and file their appellants' points on or before September 8, 1959, with notice of argument, for the October 1959 Term of this court, said appeals to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

In the Matter of the Arbitration between GAYLEY MILL CORPORATION and PRINCETON RAYON CORP.— Motion for stay denied. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

AMERICAN BROADCASTING-PARAMOUNT THEATRES, INC. v. BEN FRYE et al.— Motion to dismiss appeal granted, with $10 costs, unless appellants procure the record on appeal and appellants' points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.